THE STATE OF WASHINGTON, *Respondent,* v. VIRGINIA
IDALIA MORENO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85-1-00636-6, Robert L. Harris, J., entered
September 5, 1985. *Affirmed* by unpublished opinion per

Dolliver, J. Pro Tem., concurred in by Arnold and Conoley, JJ. Pro Tem.